IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LATANYA L. WYATT and TONYA A. FAVOT, | ) ) ) NO. 3:17-cv-1545 |
| Plaintiffs, | ) ) JUDGE RICHARDSON |
| v. | ) ) |
| NISSAN NORTH AMERICA, INC. and JAMES ADAMS, | ) ) |
| Defendants. | |

## ORDER

Pending before the Court is Defendant Nissan North America, Inc.'s Motion to Sever (Doc. No. 27). For the reasons stated in the accompanying Memorandum Opinion, Nissan's Motion is **GRANTED**.

The Clerk is directed to open a new case, with a new case number, for Plaintiff Favot's claims against Defendants Nissan North America, Inc. and James Adams. Payment of an additional filing fee shall be waived. The new case shall be assigned to the undersigned and to Magistrate Judge Brown as related to this case (No. 3:17-cv-1545).

The Clerk shall duplicate, on the docket in the new case of *Favot v. Nissan North America, Inc. and Adams*, all documents filed in this case starting with the Amended Complaint (Doc. No. 14). From entry of this Order forward, all filings related to Favot's claims shall be filed in the new case and only in the new case, and all filings related to Wyatt's claims shall be filed in this case (No. 3:17-cv-1545) and only in this case.

The Amended Complaint (Doc. No. 14) in this, Plaintiff Wyatt's case, shall be stricken, and the original Complaint (Doc. No. 1) shall be the operative Complaint. Plaintiff Favot shall file,

in her separate case, a document to be called a "Superseding Complaint" for avoidance of confusion, limited to the allegations of her individual claims, but not otherwise changing the allegations.

Both cases are referred to the Magistrate Judge for customized case management, including the determination of whether any deadlines should be changed.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE