IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LATANYA L. WYATT | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | NO. 3:17-cv-1545 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| NISSAN NORTH AMERICA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant Nissan North America, Inc.'s Motion for Summary Judgment (Doc. No. 54). Plaintiff has filed a Response (Doc. No. 68), and Defendant has filed a Reply (Doc. No. 73).

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment (Doc. No. 54) is **GRANTED**, and Plaintiff's claims are **DISMISSED**.

Accordingly, Defendant's Motion to Continue Trial (Doc. No. 77) is **DENIED** as moot.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE