IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LATANYA L. WYATT, ) | |
| ) | Case No. 3:17-cv-1545 |
| Plaintiff, ) | |
| ) | Judge Richardson |
| v. ) | Magistrate Judge Brown |
| ) | |
| NISSAN NORTH AMERICA, INC., ) | Jury Demand |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Plaintiff LaTanya L. Wyatt gives notice of her appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment order (Doc. 80) entered on December 6, 2019.

Respectfully submitted,

s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
(615) 742-5900
doug@janneylaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I electronically filed and served this Notice of Appeal using the Court's CM/ECF system upon Stanley E. Graham, K. Coe Heard, and Brittany Stancombe Hopper, Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219 on January 3, 2020.

s/Douglas B. Janney III
Douglas B. Janney III