# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 09, 2021

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

         Re:  Case No. 20-5021, *Latanya Wyatt v. Nissan North America, Inc.*
              Originating Case No. 3:17-cv-01545

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                              Sincerely,

                                              s/Gretchen S. Abruzzo, Case Manager for
                                              Sharday Swain, Case Manager
                                              Direct Dial No. 513-564-7027

cc:  Mr. Frederick L. Conrad III
      Mr. Stanley E. Graham
      Mr. Douglas B. Janney III

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 20-5021

_____

Filed: August 09, 2021

LATANYA L. WYATT

    Plaintiff - Appellant

v.

NISSAN NORTH AMERICA, INC.

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 05/28/2021 the mandate for this case hereby issues today.

COSTS: None