# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Latanya L. Wyatt

                              Plaintiff,

v.                                                       Case No.: 3:17–cv–01545

Nissan North America, Inc., et al.

                              Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/22/2022 re [106].

                                                              Lynda M. Hill
                                            s/ Brandon Skolnik, Deputy Clerk